IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | No. 14-5019-01-CR-SW-BP |
| Plaintiff, | |
| v. | 18 U.S.C.§ 922(a)(6)<br>NMT 10 Years Imprisonment<br>NMT $250,000 Fine |
| **JOHN MARK REIDLE**,<br> [DOB: 01-09-1967] | NMT 3 Years Supervised Release<br>Class C Felony |
| Defendant. | $100 Special assessment |

**I N D I C T M E N T**

**THE GRAND JURY CHARGES THAT:**

On or about April 9, 2014, in Lawrence County, in the Western District of Missouri, the defendant, **JOHN MARK REIDLE**, in connection with the acquisition of a firearm, a Remington Arms Company, Model 870, 12 gauge shotgun, from Wal-mart, store number 1009, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Wal-mart, store number 1009, as to a fact material to the lawfulness of such sale of said firearm to the defendant under Chapter 44 of Title 18, in that the defendant did execute a Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, to the effect that that he was the actual buyer of the firearm indicated on the Form 4473, when in fact as the defendant then knew, he was not the actual buyer of the firearm, all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL.

*/s/*
FOREPERSON OF THE GRAND JURY

*/s/ James J. Kelleher*
James J. Kelleher
Assistant United States Attorney         DATED: 05/07/2014