UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

Sentencing Minute Sheet for the Honorable Beth Phillips

UNITED STATES OF AMERICA,   Case No: 14-5019-01-CR-SW-BP
vs.
                            Date:   January 14, 2016
JOHN MARK REIDLE

_____

Plaintiff Counsel: James Kelleher, AUSA
Defendant Counsel: Celeste Johns, APPOINTED

_____

Start Time:   11:55 a.m.  (11:00 a.m.)        Stop Time: 12:32 p.m.


\_\_      There are NO objections to the P.S.I. OR the Guideline Range.
 X      There are unresolved issues regarding the P.S.I. and the Guideline Range to be discussed
        with the Court:  <u>Defendant's objection to the P.S.I.R. is noted for the record and does not
        affect the guideline calculation.</u>

Total Offense Level: <u>10</u>  Criminal History Category:<u> I </u> Imprisonment Range<u> 6 </u> to<u> 12</u> mos.
Special Assessment:<u> $100 </u>  Supervised Release Range:<u> 1 </u> to <u>3 </u>years.  Fine Range <u>$2,000 </u>
to <u> $20,000 </u>.
Restitution _____ OR Not Applicable:<u>  X   </u>.

The Defendant is sentenced to Count(s)<u> 1 of the Indictment    </u>.
____    A Motion is filed by the U.S.
___     The Court grants said motion.
____    Other _____
        _____
        _____

INCARCERATION:
____    The Court hereby orders the defendant to serve the following term of incarceration with
        the FBP _____Months on Count 1.
____    Defendant is hereby remanded to the custody of U.S. Marshal.
_____   Defendant is allowed to surrender on

PROBATION:
<u> X </u>  The Court hereby orders the defendant to serve the following term of Probation.
        <u> 5 </u> Years.

SUPERVISED RELEASE:
___     The Court hereby orders the defendant to the following term of Supervised Release
        ____ Years on Count 1.

SPECIAL CONDITIONS OF SUPERVISED RELEASE OR PROBATION:
__X_    The following special conditions of Supervised Release or Probation are:
        See J&C For Special Conditions.

FINE:
_____   The Court imposes the following fine:_____.
__X__   Fine Waived.
_____   Count(s) fine applicable to:_____.
_____   Interest Waived

RESTITUTION:
____    The Court imposes the following Restitution: $_____.
__X_    Not Applicable.
_____   Waived.

SPECIAL ASSESSMENT:
__X__   The Court imposes the following Special Assessment: $100

RECOMMENDATIONS:
___     The Court makes the following recommendations to the FBP:

_____   The Court Denies the Defendant Federal Benefits for a term of _____ pursuant to
        _____.

___     Upon oral Motion of the U.S. Govt. The following Counts are dismissed:

__X_    The Court advises the Defendant he/she has 14 days to appeal.

__      Final order of forfeiture is entered.


Court Reporter: Katie Wirt
Courtroom Deputy: Karen Siegert
Probation Officer: Craig Fieser